# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| CAROL WILKERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV614-041 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| STATESBORO, GEORGIA, | ) | |
| and BULLOCH COUNTY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

This case is on remand from the Eleventh Circuit, which concluded that this Court abused it discretion in dismissing Wilkerson's complaint as facially frivolous. *Wilkerson v. Georgia*, 2015 WL 4279334 (11th Cir. July 16, 2015). The appellate court found that plaintiff "has alleged at least one claim with an arguable basis in law or fact," *id.* at * 2, specifically, a claim that county officers used excessive force when making plaintiff comply with their directives. *Id.* at * 1. The Eleventh Circuit directed that Wilkerson "be afforded a reasonable opportunity 'to

amend her complaint to add such parties-defendant as [she] choose[s] to name.'" *Id.* at * 2 (citation omitted).

Within 21 days from the entry of this Order, plaintiff shall submit an amended complaint addressing the defects illuminated in *Wilkerson*. Failure to comply may result in the dismissal of this action. Fed. R. Civ. P. 41(b); L.R. 41(b) (authorizing dismissal for neglect of any Court order).

**SO ORDERED** this 3rd day of August, 2015.

```
_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA
```