# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| CAROL WILKERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. CV614-041 |
| STATE OF GEORGIA, ) | |
| STATESBORO, GEORGIA, ) | |
| and BULLOCH COUNTY, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Because plaintiff Carol Wilkerson has failed to comply with Fed. R. Civ. P. Rule 4(m), as directed by the Court's last Order, doc. 36, her case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this  15th  day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA